748

No. 836. FLINT HOSIERY MILLS, INC. v. FIREMAN'S FUND INSURANCE Co.; and

No. 837. SAME v. HOMELAND INSURANCE Co. May 6, 1935. Petition for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. C. L. Shuping* for petitioner. *Messrs. Julius C. Smith* and *Alex. W. Smith, Jr.,* for respondents.

No. 838. G. E. PRENTICE MANUFACTURING Co. v. HOOKLESS FASTENER Co. May 6, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Drury W. Cooper* and *Robert Cushman* for petitioner. *Messrs. Charles Neave* and *Merrell E. Clark* for respondent.

No. 845. WELCH ET AL. v. BRYAN, RECEIVER, ET AL. May 6, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Tom D. McKeown* and *Wm. P. Thompson* for petitioners. *Messrs. Grover C. Spillers* and *Charles L. Yancey* for respondents.

No. 851. PATRICK McGUIRL, INC. v. COMMISSIONER OF INTERNAL REVENUE. May 6, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. George E. H. Goodner* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 867. SUDDUTH, ADMINISTRATRIX, v. YAZOO & MISSISSIPPI VALLEY RAILWAY Co. May 6, 1935. Petition